**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

       **vs.**                      **CASE NO. 3:00CR00043-18(PG)**

**ZAIDA GALARZA-CIDRON**
*********************************************

**MOTION REQUESTING MODIFICATION OF CONDITIONS**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      COMES NOW, Yarixa Vázquez Marcano, U.S. Probation Officer of this Court, presenting an official report on the conduct and attitude of release who on February 7, 2003, was sentenced to seventy (70) months imprisonment, to be followed by a supervised release term of four (4) years after she was convicted of violating Title 21, United States Code, § 841(a)(1) . As a special condition, the offender was ordered to submit his person, residence, office or vehicle to a search, conducted by the U.S. Probation Officer at a reasonable time, in a reasonable manner, based on a reasonable suspicion of contraband or evidence of a violation of a condition of supervised release, to enter into an inpatient or outpatient substance abuse treatment program if any drug sample detects substance abuse, and provide access to any financial information. On July 3, 2007, the imposed supervision term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has recently exhibited signs of anxiety and depression episodes. As the offender's sentence does not order mental health treatment, we are respectfully recommending that her supervision conditions be modified to include mental health treatment. On December 14, 2007, the offender signed the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Probation/Supervised Release of Extend Term of Supervision agreeing to the modification recommended.

**WHEREFORE,** it is respectfully requested, unless ruled otherwise by the Court, that our request for the modifications of conditions be granted as noted on the attached waiver.

In San Juan, Puerto Rico, this 15 day of January 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Yarixa Vázquez-Marcano
Yarixa Vázquez-Marcano
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5920
Fax 787-771-4063
Email:yarixa_vazquez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 15, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rosa E. Rodríguez, U.S. Attorney and Joseph Laws, Federal Public Defender.

In San Juan, Puerto Rico, this 15 day of January 2008.

                               s/Yarixa Vazquez-Marcano
                               Yarixa Vazquez-Marcano
                               U.S. Probation Officer
                               Federal Office Bldg. Room 400
                               150 Chardon Avenue
                               San Juan, P.R. 00918-1741
                               Tel. 787-766-5920
                               Fax 787-771-4063
                               Email:yarixa_vazquez@prp.uscourts.gov