RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2008 MAY 13 PM 1: 29

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA

v.   CR. NO. 00-00043-18 (PG)

ZAIDA GALARZA-CIDRON

ORDER

Upon petition of Yarixa Vázquez-Marcano, U.S. Probation Officer of this Court, alleging that offender, Zaida Galarza-Cidrón, has failed to comply with the conditions of her supervision term, it is

ORDERED that the offender appear before this Court on June 6 2008 at 9:30 A.M., for a hearing to show cause, if there be any, why her supervision term in the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, the offender will be entitled:

1. To the disclosure of evidence against her.
2. To present evidence in her own behalf.
3. To the opportunity to question witnesses against her.
4. To be represented by counsel.

The court orders the tolling of the supervision term and the Clerk shall issue the corresponding warrant for the arrest of Zaida Galarza-Cidrón. The counsel for the offender and for the government shall be notified with a copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 13th day of May 2008.

Juan M. Pérez-Giménez
Senior U.S. District Judge

/YVM