# United States District Court

FOR THE  DISTRICT OF  PUERTO RICO

UNITED STATES OF AMERICA

v.

ZAIDA GALARZA CIDRON
aka "La Pata"

**WARRANT FOR ARREST**

CASE NUMBER: 00-43(CCC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ZAIDA GALARZA CIDRON
                                      Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

X  Indictment  __ Information  __ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, intentionally, and unlawfully did conspire to possess with intent to distribute multi-kilogram of cocaine, which amounts exceeded 5 kilograms, cocaine base (crack) which amount exceeded one point five (1.5) kilograms, Schedule II Controlled Substances; and heroin, which amounts exceeded 1 kilogram, Schedule I Controlled Substance;

in violation of Title 21, United States Code, Section(s) 846

| JUSTO ARENAS | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| BY: Tere Mollfulleda, Deputy Clerk | March 15, 2000 at San Juan, P. R. |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 3/31/2000 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/6/200 | DEA | EXECUTED BY FOR DEA BY [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest